FILED IN OPEN COURT
ON 6-24-2025 BC
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-152-BO-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| ANIBAL RIOS LAVIAS | ) | |

The Grand Jury charges that:

## COUNT ONE

On or about April 16, 2018, in the Eastern District of North Carolina and elsewhere, the defendant, ANIBAL RIOS LAVIAS, did knowingly attempt to procure his naturalization as a United States citizen contrary to law, by making a false statement under oath and penalty of perjury during his naturalization interview, that is:

1. On Part 12, Question 14.E. of his Application for Naturalization (Form N-400), in response to the question "Were you EVER involved in any way with any of the following: . . . [f]orcing, or trying to force, someone to have any kind of sexual contact or relations?" he answered "No" when in fact, as he then knew, he had forced a child to have sexual contact, from February 25, 2018 through January 1, 2019, in Alamance County, North Carolina.

2. On Part 12, Question 22 of his Application for Naturalization (Form N-400), in response to the question "Have you EVER committed, assisted in committing, or attempted to commit, a crime or offense for which you were NOT arrested?" he answered "No" when in fact, as he then knew, he had committed sexual offense with a child by an adult (two counts), crimes for which he had not then been arrested, from February 25, 2018 through January 1, 2019, in Alamance County, North Carolina.

All in violation of Title 18, United States Code, Section 1425(a).

1

<u>COUNT TWO</u>

On or about May 4, 2018, in the Eastern District of North Carolina and elsewhere, the defendant, ANIBAL RIOS LAVIAS, did knowingly procure his naturalization as a United States citizen contrary to law, by knowingly making a material misrepresentation under penalty of perjury causing his acquisition of citizenship, that is:

1. On Part 12, Question 14.E. of his Application for Naturalization (Form N-400), in response to the question "Were you EVER involved in any way with any of the following: . . . [f]orcing, or trying to force, someone to have any kind of sexual contact or relations?" he answered "No" when in fact, as he then knew, he had forced a child to have sexual contact, from February 25, 2018 through January 1, 2019, in Alamance County, North Carolina.

2. On Part 12, Question 22 of his Application for Naturalization (Form N-400), in response to the question "Have you EVER committed, assisted in committing, or attempted to commit, a crime or offense for which you were NOT arrested?" he answered "No" when in fact, as he then knew, he had committed sexual offense with a child by an adult (two counts), crimes for which he had not then been arrested, from February 25, 2018 through January 1, 2019, in Alamance County, North Carolina.

3. On Question 3 of his Notice of Naturalization Ceremony (Form N-445), in response to the question "Since your interview, have you knowingly committed any crime or offense, for which you have not been arrested?" he answered "No" when in fact, as he then knew, he had committed sexual offense with a child by an adult (two counts), crimes for which he had not then been arrested, from February 25, 2018 through January 1, 2019, in Alamance County, North Carolina.

[remainder of page intentionally left blank]

2

All in violation of Title 18, United States Code, Section 1425(a).

A TRUE BILL

REDACTED VERSION
Pursuant to the E-Government Act and the
federal rules, the unredacted version of
this document has been filed under seal.

FOREPERSON

24 Jun 25
_____
DATE

DANIEL P. BUBAR
Acting United States Attorney

BY: LORI B. WARLICK
Assistant United States Attorney

3