IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-152-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| ANIBAL RIOS LAVIAS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion to dismiss for improper venue pursuant to Federal Rule of Criminal Procedure 12(b)(3)(A)(i) as well as Article III and the Sixth Amendment to the United States Constitution (DE 20). United States Magistrate Judge Robert B. Jones, Jr., entered Memorandum and Recommendation ("M&R") wherein it is recommended that defendant's motion be denied. No objections to the M&R have been filed, and the time to do so has expired. The issues raised are ripe for ruling.

The district court reviews de novo those portions of a magistrate judge's M&R to which specific objections are filed. 28 U.S.C. § 636(b). Absent a specific and timely filed objection, the court reviews only for "clear error," and need not give any explanation for adopting the M&R. Camby v. Davis, 718 F.2d 198, 200 (4th Cir.1983). In this case, the magistrate judge cogently addresses the issues raised by defendant's motion. Upon careful review of the M&R and of the record generally, having found no clear error, the court hereby ADOPTS the M&R as its own, and, for the reasons stated therein, defendant's motion to dismiss (DE 20) is DENIED. The clerk is DIRECTED to schedule arraignment for the next available term of court.

SO ORDERED, this the 4th day of March, 2026.

_____
LOUISE W. FLANAGAN
United States District Judge