UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-152-FL-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **SUPERSEDING** |
| v. | ) | **INDICTMENT** |
| | ) | |
| ANIBAL RIOS LAVIAS | ) | |

The Grand Jury charges that:

GENERAL ALLEGATIONS

At all times relevant to this Superseding Indictment:

1. The Department of Homeland Security ("DHS") was an agency of the executive branch of the government of the United States that was responsible for, among other things, processing applications for immigration to the United States.

2. United States Citizenship and Immigration Services ("USCIS") was an agency within DHS that assisted in administering immigration laws, including processing applications for naturalization.

3. Naturalization was the process by which a foreign citizen or national could become a United States citizen, if qualified. The Application for Naturalization ("Form N-400"), the Biometric Notification, and the Notice of Naturalization Oath Ceremony ("Form N-445") were promulgated and produced by USCIS.

4. A primary purpose of the N-400 application, the biometrics collection, the naturalization interview, and the N-445 questionnaire was to assess whether the

1

applicant possessed Good Moral Character, a statutory requirement for naturalization. Failure to comply and provide any or all of the requested information may have resulted in a denial of the application for naturalization.

5. On or about July 29, 2012, the defendant, ANIBAL RIOS LAVIAS ("LAVIAS"), a native and citizen of Mexico, was admitted to the United States as a Lawful Permanent Resident.

6. On or about October 3, 2017, in Alamance County, North Carolina, LAVIAS completed, signed, and submitted his Form N-400, certifying under penalty of perjury under the laws of the United States that his application and the evidence submitted with it were all true and correct. Completing the Form N-400 was a required step in obtaining United States citizenship.

7. On or about December 1, 2017, USCIS sent LAVIAS a Biometric Notification, instructing him to appear at the USCIS Application Support Center in Morrisville, North Carolina, on December 21, 2017, for his fingerprints and biometrics to be captured for clearance by the Federal Bureau of Investigation. The notice advised LAVIAS that if he failed to appear at the appointment on December 21, 2017, or failed to request rescheduling of the appointment, his Form N-400 would be deemed abandoned. Biometrics collection was a required step in obtaining United States citizenship.

8. On December 21, 2017, LAVIAS appeared for biometrics collection at the USCIS Application Support Center in Morrisville, North Carolina, as required to

2

proceed with his naturalization application. As a result, the FBI submitted LAVIAS's fingerprints to confirm his identity and check his criminal background.

9. Beginning no later than February 25, 2018, and continuing through January 1, 2019, LAVIAS committed sexual offenses with a child by an adult in Alamance County, North Carolina, crimes for which he was not then arrested.

10. On or about April 16, 2018, LAVIAS appeared at the USCIS Office in Durham, North Carolina, was placed under oath by USCIS, and was interviewed regarding his Form N-400. At the conclusion of the interview, LAVIAS signed the Form N-400, once again affirming under penalty of perjury that all information contained in the application was true and correct. The naturalization interview was a required step in obtaining United States citizenship. USCIS approved LAVIAS's N-400, Application for Naturalization, and sent LAVIS a Form N-445, Notice of Naturalization Oath Ceremony.

11. On or about May 4, 2018, LAVIAS appeared at the USCIS Office in Durham, North Carolina, for his Naturalization Oath Ceremony. At that time, LAVIAS completed, signed, and submitted the Form N-445 questionnaire, in which he affirmed that since the completion of his naturalization interview, he had not knowingly committed any crime or offense for which he had not been arrested. Immediately thereafter, LAVIAS participated in a Naturalization Oath Ceremony, was granted United States citizenship, and was issued Form N-550, Certificate of Naturalization, Number 39342442.

3

12. On or about August 7, 2023, in the Superior Court of North Carolina in Alamance County, a grand jury indicted LAVIAS for sex offenses with a child by an adult, in violation of North Carolina General Statute § 14-27.28. Relevant here, the indictment alleged that LAVIAS committed the offenses from February 25, 2018, through January 1, 2019.

13. On or about March 19, 2024, in the Superior Court of North Carolina in Alamance County, LAVIAS was convicted of sex offenses with a child by an adult as charged, in violation of North Carolina General Statute § 14-27.28. Relevant here, pursuant to the judgment and transcript of guilty plea, LAVIAS admitted to having committed the crimes from February 25, 2018, through January 1, 2019. If known, these criminal acts would have rendered LAVIAS ineligible for naturalization as a United States citizen.

## COUNT ONE

14. Paragraphs 1 through 13 of the General Allegations of this Indictment are specifically realleged and incorporated by reference as if they were fully set forth here.

16. Beginning on about October 3, 2017, and concluding on or about May 4, 2018, in the Eastern District of North Carolina and elsewhere, the defendant, ANIBAL RIOS LAVIAS, did knowingly procure his naturalization as a United States citizen contrary to law, when he provided false and fraudulent statements as to material facts during the naturalization process, which caused his procurement of naturalization, to wit:

4

A. On Part 12, Question 14.E. of his Form N-400, Application for Naturalization, in response to the question "Were you EVER involved in any way with any of the following: . . . [f]orcing, or trying to force, someone to have any kind of sexual contact or relations," he answered "No" when in fact, as he then knew, he had forced a child to have sexual contact, beginning no later than February 25, 2018, through January 1, 2019.

B. On Part 12, Question 22 of his Form N-400, Application for Naturalization, in response to the question "Have you EVER committed, assisted in committing, or attempted to commit, a crime or offense for which you were NOT arrested," he answered "No" when in fact, as he then knew, he had committed sexual offense with a child by an adult, crimes for which he had not then been arrested, beginning no later than February 25, 2018, through January 1, 2019.

C. On Question 3 of his Form N-445, Notice of Naturalization Ceremony, in response to the question, "Since your interview, have you knowingly committed any crime or offense, for which you have not been arrested," he answered "No" when in fact, as he then knew, he had committed sexual offense with a child by an adult, crimes for which he had not then been arrested, beginning no later than February 25, 2018, through January 1, 2019.

All in violation of Title 18, United States Code, Section 1425(a).

A TRUE BILL:

REDACTED VERSION

Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

4/7/2026

DATE

W. ELLIS BOYLE
United States Attorney

BY: LORI B. WARLICK
Assistant United States Attorney

5