IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 5:25-cr-00152-BO-RJ |
| v. | : | |
| | : | |
| ANIBAL RIOS LAVIAS | : | |

APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant United States Attorney hereby applies to the captioned court for the issuance of a writ of habeas corpus (**X**) ad prosequendum
( ) ad testificandum ( ) in re motion pursuant to 28 U.S.C. § 2255 and avers:

1.    Name of detainee: **Anibal Rios Lavias (ID#: 1730702)**

2.    Detained by:   **Columbus Correctional Institution
Phone: (828) 438-5585   Fax: (984) 204-2798**

3.    Detainee is (**X**) charged in this district by (**X**) **Indictment** of violating **Title 18 U.S.C. 1425(a)** §

4.    Appearance is necessary on **July 16, 2026 at 11:00 am**   (**X**) **in the U.S. District Court, Wilmington, N.C.,** OR ( ) before the Federal Grand Jury in this district, for () initial appearance( ) detention hearing  (**X**) **arraignment**/plea to criminal information ( ) trial ( ) sentencing ( ) in re a motion pursuant to 28 U.S.C. § 2255 ( ) the purpose of giving testimony in the captioned proceeding, or ( ) other purpose(s), specifically:

/s/Lori B. Warlick
**LORI B. WARICK**
Assistant United States Attorney

WRIT OF HABEAS CORPUS

(**X**) Ad Prosequendum  ( ) Ad Testificandum    ( ) In Re Motion to Vacate

The instant application is granted and the above-named custodian, as well as the United States Marshal for this district, his deputies, and other United States Marshals and their deputies, or the arresting agent is hereby directed to produce the named detainee, in civilian clothes, on the date, at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court.

Date: _____, 2026      _____

United States Magistrate Judge