# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

NO. 5:25-CR-152-FL-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MOTION TO CONTINUE |
| | ) | ARRAIGNMENT |
| ANIBAL RIOS LAVIAS | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, respectfully moves the Court to continue the arraignment in the above-captioned case for 45 days. In support of the requested relief, the United States provides the following:

1. On June 24, 2025, a federal grand jury issued an indictment charging Defendant with two counts of naturalization fraud. D.E. 1.

2. Defendant filed a motion to dismiss his indictment on September 18, 2025, arguing that the Eastern District of North Carolina is not a proper venue for the charges against him, which the United States opposed. D.E. 20, 23-24.

3. On December 12, 2025, United States Magistrate Judge Robert B. Jones, Jr., issued a Memorandum and Recommendation recommending that Defendant's motion to dismiss be denied. D.E. 25. Neither the United States nor Defendant filed an objection. On March 4, 2026, the Court issued an order adopting the Memorandum and Recommendation and denied Defendant's motion. D.E. 26.

1

4. On April 8, 2026, a federal grand jury issued a superseding indictment against Defendant. D.E. 33; <u>see</u> D.E. 36 (Defendant's initial appearance waiver).

5. Defendant's arraignment is currently set for Thursday, August 13, 2026. The United States respectfully requests the Court continue Defendant's arraignment for 45 days so that the parties may have additional time to prepare and consider the litigation position and potential resolutions. Further, undersigned counsel will be out of the office for approved annual leave from Friday, July 31, 2026, through Friday, August 14, 2026, and would prefer to handle this arraignment personally, if possible.

6. Undersigned counsel files this motion for good cause and not for the purpose of delay.

7. Counsel for Defendant, Sherri R. Alspaugh, advised via email today, July 29, 2026, that Defendant does not oppose this continuance motion.

8. Defendant is currently serving a 35-year state sentence for which he is expected to be incarcerated until March 13, 2049. Accordingly, Defendant will not be prejudiced by a continuance.

9. Because this motion is based on the need to further review the litigation position and potential resolutions of this case, any delay resulting from the continuance should be excluded from the Speedy Trial Act computation. <u>See</u> 18 U.S.C. § 3161(h)(7)(A).

[remainder of page intentionally left blank]

2

WHEREFORE, the United States respectfully requests that the Court continue the arraignment set for August 13, 2026, for 45 days.

Respectfully submitted this 29th day of July, 2026.

W. ELLIS BOYLE
United States Attorney

BY: /s/ Lori B. Warlick
LORI B. WARLICK
Assistant U.S. Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4882
Email: lori.b.warlick@usdoj.gov
North Carolina Bar No. 37123

3

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have, on this 29th day of July, 2026, electronically filed the foregoing Motion via the Court's CM/ECF system, which will send notice of such filing to Defendant's counsel, Sherri R. Alspaugh.

/s/ Lori B. Warlick
LORI B. WARLICK
Assistant U.S. Attorney
Criminal Division
