UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-152-FL-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **NOTICE OF DISMISSAL** |
| | ) | |
| ANIBAL RIOS LAVIAS | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the Indictment and Superseding Indictment in this case. After reviewing relevant case law, the Government respectfully submits that the interests of justice no longer support proceeding on the charges in this District. The United States seeks leave from this Court under Fed. R. Crim. Pro. 48(a) to dismiss the Indictment and Superseding Indictment to further the interests of justice.

Respectfully submitted this 8th day of September, 2026.

W. ELLIS BOYLE
United States Attorney

BY: /s/ Lori B. Warlick
LORI B. WARLICK, AUSA
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4882
Email: lori.b.warlick@usdoj.gov
North Carolina Bar No. 37123

Leave of Court is granted for the filing of the foregoing dismissal, without prejudice, this 9th day of September, 2026.

Louise W. Flanagan
LOUISE W. FLANAGAN
United States District Judge